Roger Clarence Thompson
14009 North 30th Drive
Phoenix, Arizona 85053
6092-298-0207

FILED _____ LODGED
_____ RECEIVED _____ COPY

AUG 2 7 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROGER CLARENCE THOMPSON, and<br><br>G.R.t (Minor child) (Rat)<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL SECURITY AGENCY, CENTRAL<br><br>INTELLIGENCE AGENCY, FEDERAL BUREAU<br><br>OF INVESTIGATION, EMPLOYEES OF NSA<br><br>AND CIA AND FBI, ET. AL.,<br><br>Defendants | Case No.:<br><br>CV 09-1789-PHX- DKD<br><br>COMPLAINT |

## Jurisdiction

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

## Complaint

Comes now, the PLAINTIFFS, ROGER CLARENCE

(1)

THOMPSON and his minor child,  GRT (ROT) (Minor Child)
with their COMPLAINT against the following agencies
and their employees: NATIONAL SECURITY AGENCY,
CENTRAL INTELLIGENCE AGENCY, and FEDERAL BUREAU OF
INVESTIGATION. Whereas these agencies either by
willful intent to harm, or to cause harm to the
plaintiffs, neglect to act in a manner as to avoid
harm to the plaintiffs, refusal to act in a manner in
which is within the applicable laws of The United
States of America.

Since on or about December 8, 2008 and
continuing to this day, the plaintiffs, being Natural
born Citizens of the United States of America, have
been harassed, abused and attacked by agents of
either the National Security Agency and the Central
Intelligence Agency (or both)in such manner as to
cause significant harm to them physically,
psychically, mentally, emotionally, financially and
socially.

The plaintiffs have been harassed by the use
of high-tech and Top Secret devices, equipment and
technology reserved for use against enemies of the

United States of America. The plaintiffs have had their Civil Rights violated and their right to privacy invaded and violated.

Technology which is left under the exclusive control of the National Security Agency and the Central Intelligence Agency has been used in a malicious manner against the plaintiffs. This technology includes, but is not limited to: Directed Energy Microwave Weapons Systems; Electro-magnetic Remote Mind-Control equipment; the use of invasive Ultra-Low Frequency (ULF); Extremely Low Frequency (ELF), Ultra-High Frequency UHF, and High Intensity Micro-waves in various combinations, modulations and methods. The use of these technologies against the Plaintiffs violates federal law, Executive Orders and their Civil Rights.

The use of these technologies against the Plaintiffs has been the deliberate and personal actions of on such Mikoel Jacob Remele, and others who have had custody and control of such equipment and technology, and have deployed such weaponry for personal reasons as well.

These technologies have been used deliberately against the plaintiffs and in conjunction with banned banned brainwashing methods of MK-ULTRA, MK-CHAOS, Project Monarch, and other mind control systems. The Plaintiffs have been subjected to these methods and technologies without their consent and without their knowledge.

The Plaintiffs have been targeted for death (murder), physical harm, financial ruin, brainwashing and mind control. The plaintiff's minor child has been targeted as a victim of Project Monarch as a Mind-Controlled Sex Slave and an assassin.

After repeated notifications, writings, electronic mailings, telephone calls and personal visits to the National Security Agency, the Central Intelligence Agency and the Federal Bureau of Investigation, the Plaintiff has incurred no relief and in fact has had the attacks, harassment and Civil Rights violations intensified.

### Demand

The Plaintiffs DEMAND that ALL attacks, harassment, invasions, and violations of civil and

all other rights CEASE AND DESIST IMMEDIATELY. The
Plaintiffs DEMAND that a written acknowledgement from
all U. S. Government Agencies involved detailing
their complicity and the steps taken to ensure that
the Plaintiffs will no longer be subjected to such
attacks, invasions, harassment, and violations.

The Plaintiffs DEMAND to be made whole for
all losses and damages caused by the Agencies, their
employees, Equipment, Weapons, Weapons Systems,
Technologies, etc., to include, but not limited to:
Reimbursement for all expenses, medical treatment,
financial hardships, monetary and other losses, pain
and suffering, and all conceivable damages.

Dated this 27th day of August, 2009

Roger Clarence Thompson
Pro per